No. 622. SOAPE ET UX. *v.* LOUISIANA POWER & LIGHT Co. ET AL., 385 U. S. 970. Motion for leave to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 690. MARTIN *v.* PHILLIPS PETROLEUM Co. ET AL., 385 U. S. 991. Motion to defer consideration and for leave to supplement petition denied. Petition for rehearing denied.

No. 665, Misc. WEBB *v.* BETO, CORRECTIONS DIRECTOR, 385 U. S. 940; and
No. 853, Misc. POPE *v.* PARKER, WARDEN, ET AL., 385 U. S. 944. Motions for leave to file petitions for rehearing denied.

FEBRUARY 14, 1967.

No. 572, Misc. RUBY *v.* TEXAS. Ct. Crim. App. Tex. Petition for writ of certiorari dismissed pursuant to Rule 60, of the Rules of this Court. *William M. Kunstler, Sam Houston Clinton, Jr., Sol A. Dann* and *Elmer Gertz* on the motion.

FEBRUARY 20, 1967.

No. 1128, Misc. HITCHCOCK *v.* ARIZONA ET AL.;
No. 1140, Misc. BRYANS *v.* UNITED STATES;
No. 1147, Misc. GILCHRIST *v.* FLORIDA;
No. 1161, Misc. LOFTIS *v.* EYMAN, WARDEN, ET AL.; and
No. 1184, Misc. BRABSON *v.* MANCUSI, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.